CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 30 2017

JULIA C. DUDLEY, CLERK
BY: HMcDonald
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MICHAEL S. GORBEY, | ) | Civil Action No. 7:16-cv-00551 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| FELPS, et al., | ) | By:  Hon. Jackson L. Kiser |
|     Defendants. | ) |        Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Plaintiff's motion to subpoena is **DENIED**; the report and recommendation is **ADOPTED**; Plaintiff's motion for leave to proceed in forma pauperis is **DENIED**; the complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g); Plaintiff's motion for a preliminary injunction is **DENIED** as moot; and the action is **STRICKEN** from the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

**ENTER**: This 30th day of March, 2017.

                                    /s/ Jackson L. Kiser
                                    Senior United States District Judge